UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                              Case No. 24-CR-36

TYLER A. LAMERS,

      Defendant.

## NOTICE OF FORFEITURE OF PROPERTY

Notice is Hereby Given that:

    1.    On June 4, 2024, in the case of *United States v. Tyler A. Lamers*, Case No. 24-CR-36, the United States District Court for the Eastern District of Wisconsin entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of Tyler A. Lamers in the Taurus 9-mm pistol, serial number AEB122435 and the Canik 9-mm pistol, serial number 23CT31050.

    2.    The United States intends to dispose of the properties in such manner as the Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned properties must file a petition with the court within thirty (30) days of his receipt of this notice from the government, pursuant to 21 U.S.C. § 853(n)(2). The petition must be filed with the Clerk of the Court, 125 South Jefferson Street, Room 102, Green Bay, Wisconsin 54301, and a copy served upon Assistant United States Attorney Timothy W. Funnell, 205 Doty Street, Suite 301, Green Bay, Wisconsin 54301.

    3.    The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the

time and circumstances of the petitioner's acquisition of right, title, or interest in the forfeited property, and any additional facts supporting the petitioner's claim, and the relief sought, pursuant to 21 U.S.C. § 853(n)(3).

4. Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Executed and sent this 7th day of June, 2024, at Green Bay, Wisconsin.

          GREGORY J. HAANSTAD
          United States Attorney

By: *s/TIMOTHY W. FUNNELL*
   TIMOTHY W. FUNNELL
   Assistant United States Attorney
   Timothy W. Funnell Bar Number: 1022716
   Attorney for Plaintiff
   Office of the United States Attorney
   Eastern District of Wisconsin
   205 Doty St., Suite 301
   Green Bay, WI 54301
   Telephone: (920) 884-2999
   E-Mail: tim.funnell@usdoj.gov